### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROCKY W. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-265-SLP |
| ) | |
| MICHAEL EADES, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 16] of United States Magistrate Judge Shon T. Erwin entered November 5, 2021. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report and Recommendation. *See Moore v. United* States, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Accordingly, the Report and Recommendation of the Magistrate Judge is ADOPTED and this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of December, 2021.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE